UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARRIE L. PENA,

                Plaintiff,

   -against-

POLICE OFFICER CHERYL WILSON
(Shield No. 13859),

                Defendant.
----------------------------------------------------------------X

JUDGMENT
06-CV-0542 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAY 21 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on May 18, 2007, granting defendant's motion; and dismissing plaintiff's claims; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion is granted; and that plaintiff's claims are dismissed.

Dated: Brooklyn, New York
        May 18, 2007

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court